UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JOHN JOHNSON, ) | Case No.: 1:15-cv-78-TSE-TRJ |
| Plaintiff, ) | |
| ) | JOINT MOTION TO DISMISS |
| vs. ) | |
| AMERICAN CREDIT ACCEPTANCE. ) | |
| Defendant ) | |

### JOINT MOTION TO DISMISS

The parties, Plaintiff John Johnson and Defendant American Credit Acceptance respectively, through their undersigned counsel hereby agree that this matter should be dismissed without prejudice so the parties can proceed in arbitration.

DATED: March 6, 2015

/s/ JohnPaul M. Callan
JohnPaul M. Callan, VA Bar No. 81933
The Callan Law Firm, P.C.
11480 Sunset Hills Rd, Suite 120E
Reston, Virginia 20190
Telephone: (914) 483-7768
Fax: 703-995-0447
Email: johnpaulc@thecallanlawfirm.com
*Counsel for the Plaintiff*

s/ John D. Sadler
John D. Sadler
Ballard Spahr LLP
4800 Montgomery Lane, 7th Floor
Bethesda, MD 20814
Telephone: 301-664-6217
Fax: 301-664-6299
Email: sadlerj@ballardspahr.com
*Counsel for the Defendant*

So Ordered

/s/ 3/9/15
T. S. Ellis, III
United States District Judge

1